# EXHIBIT B



**Optical Cavity**

Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



- This photo is of a light engine powered-up with only white light emitting diodes while the non-white light emitting diodes are optically masked.



- The light engine shown above was placed in front of optical measurement system (Gonio meter) and the spectral characteristics recorded.

Fig. 6



- This photo is of a light engine powered-up with only red light emitting diodes while the white light emitting diodes are optically masked.



- The light engine shown above was placed in front of optical measurement system (Gonio meter) and the spectral characteristics recorded.

Fig. 7



Fig. 8