# EXHIBIT D



Fig. 1

Die area with visible light exposure, 10x Image



NOTE: Light source used for phosphor excitation: Microscope Light

Fig. 2



Fig. 3



Fig. 4