AO 440 (Rev. 12/09) Summons in a Civil Action

# United States District Court
## for the
## District of Delaware

TECHNICAL LED INTELLECTUAL
PROPERTY, LLC,

        Plaintiff,

v.

OSRAM SYLVANIA INC.,

        Defendant.

C.A. No. 17-1118

**JURY TRIAL DEMANDED**

### Summons in a Civil Action

To:   Osram Sylvania Inc.
       c/o Corporation Creations Networks Inc.
       Silverside Road Tatnall Building Ste. 104
       Wilmington, DE 19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen B. Brauerman
Sara E. Bussiere
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG - 9 2017

DATE

DEPUTY CLERK'S SIGNATURE

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 17-1118

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* OSRAM SYLVANIA INC
was received by me on *(date)* 8/9/17

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALEXIS SIEMIENSKI (AUTHORIZED PERSON AT REGISTERED AGENT) , who is
designated by law to accept service of process on behalf of *(name of organization)* OSRAM SYLVANIA INC
C/O CORPORATE CREATIONS NETWORKS, INC., 3411 SILVERSIDE ROAD, WILMINGTON, DE 19810   on *(date)* 8/9/17

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 8/9/17

*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; EXHIBITS A-D