# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TECHNICAL LED INTELLECTUAL PROPERTY, LLC,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**OSRAM SYLVANIA INC.,**<br><br>　　　　　　Defendant. | C.A. No. 1:17-cv-01118-VAC-CJB<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL OF DEFENDANT OSRAM SYLVANIA INC.

Plaintiff Technical LED Intellectual Property, LLC ("Plaintiff") and Defendant OSRAM Sylvania Inc. ("Defendant") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendant stipulate that:

1.　Plaintiff consents to dismissal with prejudice of all of its claims against Defendant in this suit.

2.　Plaintiff and Defendant shall each bear its own attorney fees and costs incurred in connection with this action.

December 28, 2017

| BAYARD, P.A. | BLANK ROME LLP |
|---|---|
| */s/ Stephen D. Brauerman* | */s/ Larry "Buzz" Wood, Jr.* |
| Stephen B. Brauerman (sb4952) | Larry "Buzz" Wood, Jr. (# 3262) |
| Sara E. Bussiere (sb5725) | Adam V. Orlacchio (# 5520) |
| 600 N. King Street, Ste. 400 | 1201 Market Street, Suite 800 |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| (302) 655-5000 | (302) 425-6400 |
| sbrauerman@bayardlaw.com | LWood@BlankRome.com |
| sbussiere@bayardlaw.com | Orlacchio@BlankRome.com |

OF COUNSEL:  *ATTORNEYS FOR DEFENDANT*
Neal G. Massand  *OSRAM SYLVANIA INC.*
Hao Ni
Timothy Wang
Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900
nmassand@nilawfirm.com
hni@nilawfirm.com
twang@nilawfirm.com

*ATTORNEYS FOR PLAINTIFF*
*TECHNICAL LED INTELLECTUAL*
*PROPERTY, LLC*

       IT IS SO ORDERED this ____ day of _____.

 

                                                                   _____
                                                                   United States District Judge